IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF NORTH CAROLINA
1:06CV00883

| | |
|---|---|
| ODEL MILFORD WARNER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LOWE'S HOME IMPROVEMENT, )<br>)<br>Defendant. )<br>_____) | STIUPLATION OF<br>DISMISSAL |

**NOW COME** Plaintiff Odel Milford Warner and Defendant Lowe's Home Improvement, by and through its undersigned counsel, and do hereby stipulate to a voluntary dismissal of this action including all claims and counterclaims with prejudice pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure. The parties are to bear their own costs, attorneys' fees, and other expenses of litigation.

This the 31st day of May, 2007.

/s/ Odel Milford Warner
Odel Milford Warner
*Pro Se*
1217 Northside Terrace
Asheboro, NC 27203
Plaintiff

s/s Lucretia D. Guia
Lucretia D. Guia
Womble Carlyle Sandridge & Rice, PLLC
300 N. Greene Street, Suite 1900
Greensboro, NC 27401
Telephone: (336) 721-3724
Attorney for Defendant

WCSR 3620653v1